## El Pueblo *v.* Valentín.

Apelación procedente de la Corte de Distrito de Guayama.

No. 61.—Resuelto en febrero 13, 1907.

Apelación — Pliego de Excepciones — Relación de Hechos — Errores Manifiestos.—No existiendo pliego de excepciones, ni relación de hechos, y no apareciendo que se haya cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. FIGUERAS emitió la opinión del tribunal.

Se trata de un recurso de apelación interpuesto por el acusado contra sentencia dictada por la Corte de Distrito de Guayama en una causa de agresión con intención de cometer homicidio.

El juicio se celebró ante el tribunal de derecho y en 29 de septiembre de 1906 con vista del artículo 223 del Código Penal, se condenó al acusado Ramón Valentín á la pena de un año de cárcel que sufrirá en la de dicho distrito y al pago de las costas.

No consta en el récord exposición de hechos, ni pliego de excepciones, ni el apelante ha alegado ante esta Corte Suprema los motivos en que funda su recurso de apelación.

Después de un cuidadoso exámen de los procedimientos de la corte de distrito, resulta que no se ha cometido error fundamental y por lo tanto, la sentencia apelada debe confirmarse con las costas á la parte apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, MacLeary y Wolf.